STATE OF NEW JERSEY v. SAMUEL JOHNSON.

May 20, 1986.

Petition for certification granted and the matter is summarily
remanded to the Appellate Division for reconsideration in light

of *Michigan v. Jackson,* —— U.S. ——, 106 *S.Ct.* 1404, 89 *L.Ed.* 2d 631 (1986).

Jurisdiction is not retained.